UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN BRUCE ROBIN | CIVIL ACTION NO. 10-198 |
| VERSUS | JUDGE MELANÇON |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** to the Commissioner for further administrative action.

Lafayette, Louisiana, this 3rd day of June, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE